UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC.,<br><br>　　　　Defendants. | :<br>:  Civ. No. 1:25-cv-03453<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Artin Betpera, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant MoneyLion Technologies Inc. in the above-captioned action.

I am in good standing in the bars of the State of California and the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 29, 2025

/s/Artin Betpera
ARTIN BETPERA, ESQ.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
(949) 224-6422
abetpera@buchalter.com
*Attorney for Defendant MoneyLion Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MONEYLION TECHNOLOGIES INC.,. <br><br> Defendants. | Civ. No. 1:25-cv-03453 <br><br> AFFIDAVIT OF ARTIN BETPERA, ESQUIRE, IN SUPPORT OF *PRO HAC VICE* ADMISSION |

I, Artin Betpera, hereby declare as follows:

1. I submit this declaration in support of the Motion of Defendant MoneyLion Technologies Inc. to admit me as co-counsel *pro hac vice* for all purposes in the above- captioned action.

2. I am an attorney licensed to practice law in the State of California. I am a shareholder with the law firm of Buchalter in its Orange County, California office, located at 18400 Von Kannan Avenue, Suite 800 Irvine, CA 92612-0514.

3. I have never been convicted of a felony.

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5. I have reviewed the Local Rules of the United States District Court for the Southern District of New York and will comply with all said rules, including all disciplinary rules.

6. Certificates of Good Standing for the states in which I am licensed (Florida and California) are attached hereto as Exhibit "A."

I declare under penalty of perjury that the foregoing is true and correct

Dated: July 29, 2025

ARTIN BETPERA, ESQ.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
(949) 224-6422
abetpera@buchalter.com
*Attorney for Defendant MoneyLion Technologies Inc.*

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   )
COUNTY OF ORANGE      )

On July 29, 2025, before me, Marci L. McCloud Knighten, Notary Public, personally appeared Artin Betpera, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

MARCI L. MCCLOUD KNIGHTEN
Notary Public - California
Orange County
Commission # 2483314
My Comm. Expires Mar 26, 2028

# EXHIBIT A

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### ARTIN BETPERA

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on MARCH 13, 2008, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JULY 22, 2025.

_____
Clerk of the Supreme Court of Florida



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ARTIN BETPERA*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ARTIN BETPERA, #244477, was on the 28th day of November, 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of July 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Sean Kennedy, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, | : |
| Plaintiff, | : Civ. No. 1:25-cv-03453 |
| v. | : **ORDER** |
| MONEYLION TECHNOLOGIES INC.,. | : |
| Defendants. | : |

    This matter having been brought before the Court by John E. Brigandi, Esquire of Knuckles and Manfro, LLP counsel for Defendant MoneyLion Technologies Inc., on application for an Order allowing Artin Betpera, Esquire, to appear and participate *pro hac vice* (Docket No. _____); and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. Proc. 78, and for good cause shown;

    **IT IS** on this _____ day of _____, 2025,

    **ORDERED** that Artin Betpera, Esquire a member in good standing of the Bar of the States of California and Florida, be permitted to appear *pro hac vice* in the above-captioned matter; and it is further

    **ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Knuckles and Manfro, LLP attorneys of record for plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby.

                                                      _____
                                                      UNITED STATES JUDGE