UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, | : |
| Plaintiff, | : Civ. No. 1:25-cv-03453 |
| v. | : |
| MONEYLION TECHNOLOGIES INC., | : |
| Defendants. | : |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, John E. Brigandi, Esq. hereby moves this Court for an Order for Artin Betpera, to be admitted to practice Pro Hac Vice to appear as counsel for Defendant MoneyLion Technologies Inc. in the above-captioned action.

Mr. Betpera is in good standing in the bars of the State of California and the State of Florida, and there are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. He has never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached his affidavit pursuant to Local Rule 1.3.

DATED: July 31, 2025              KNUCKLES & MANFRO, LLP.

                                  By: s/ John E. Brigandi
                                      JOHN E. BRIGANDI

                                  600 E. Crescent Ave
                                  Suite 201
                                  Upper Saddle River, NJ 07458
                                  (201) 391-0370
                                  *jeb@km-llp.com*