## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC.,.<br><br>    Defendants. | Civ. No. 1:25-cv-03453<br><br>**AFFIDAVIT OF ARTIN BETPERA, ESQUIRE, IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Artin Betpera, hereby declare as follows:

1. I submit this declaration in support of the Motion of Defendant MoneyLion Technologies Inc. to admit me as co-counsel *pro hac vice* for all purposes in the above- captioned action.

2. I am an attorney licensed to practice law in the State of California. I am a shareholder with the law firm of Buchalter in its Orange County, California office, located at 18400 Von Kannan Avenue, Suite 800 Irvine, CA 92612-0514.

3. I have never been convicted of a felony.

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5. I have reviewed the Local Rules of the United States District Court for the Southern District of New York and will comply with all said rules, including all disciplinary rules.

6. Certificates of Good Standing for the states in which I am licensed (Florida and California) are attached hereto as Exhibit "A."

I declare under penalty of perjury that the foregoing is true and correct

Dated: July 29, 2025

ARTIN BETPERA, ESQ.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
(949) 224-6422
abetpera@buchalter.com
*Attorney for Defendant MoneyLion Technologies Inc.*

BN 90991621v1

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
COUNTY OF ORANGE       )

On July 29, 2025, before me, Marci L. McCloud Knighten, Notary Public, personally appeared Artin Betpera, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

MARCI L. MCCLOUD KNIGHTEN
Notary Public - California
Orange County
Commission # 2483314
My Comm. Expires Mar 26, 2028