# EXHIBIT A

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### ARTIN BETPERA

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on MARCH 13, 2008, is presently in good standing, and that the private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JULY 22, 2025.*

_____

*Clerk of the Supreme Court of Florida*



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ARTIN BETPERA*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ARTIN BETPERA, #244477, was on the 28th day of November, 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of July 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____

Sean Kennedy, Deputy Clerk