# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/1/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERI BUTLER BROCKINGTON,

    Plaintiff,

v.

MONEYLION TECHNOLOGIES INC.,.

    Defendants.

Civ. No. 1:25-cv-03453

**ORDER**

---

This matter having been brought before the Court by John E. Brigandi, Esquire of Knuckles and Manfro, LLP counsel for Defendant MoneyLion Technologies Inc., on application for an Order allowing Artin Betpera, Esquire, to appear and participate *pro hac vice* (Docket No. __16__); and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. Proc. 78, and for good cause shown;

IT IS on this __1st__ day of __August__, 2025,

**ORDERED** that Artin Betpera, Esquire a member in good standing of the Bar of the States of California and Florida, be permitted to appear *pro hac vice* in the above-captioned matter; and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Knuckles and Manfro, LLP attorneys of record for plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby.

_____
Barbara Moses
United States Magistrate Judge
August 1, 2025

BN 91908499v1