IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, : : : Plaintiff, : : v. : : MONEYLION TECHNOLOGIES INC. : : Defendant. : : | CIVIL ACTION FILE NO. 25-cv-03453 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

.

Dated: August 5, 2025            PLAINTIFF, on behalf of herself
                                 and others similarly situated,

                                 */s/ Anthony I. Paronich*
                                 Anthony I. Paronich, *Pro Hac Vice*
                                 Paronich Law, P.C.
                                 350 Lincoln Street, Suite 2400
                                 Hingham, MA 02043
                                 (508) 221-1510
                                 anthony@paronichlaw.com